DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA GUEVARA,**
Appellant,

v.

**WINN-DIXIE STORES, INC.,**
Appellee.

No. 4D18-936

[April 4, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 16-013761 (03).

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm, and Gary D. Gelch of Gelch & Associates, P.A., Plantation, for appellant.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***